### STEFANINI v. LEVY.

(Supreme Court; Appellate Division, First Department.   March 16, 1900.)

INJUNCTION—REPAIRS—LIABILITY TO TENANT.
  Where plaintiff, a lessee of defendant, sought an injunction pendente lite to restrain defendant from making repairs to the building occupied by plaintiff, and it appeared defendant had disposed of the premises previous to the acts complained of, and his vendee had taken possession under the contract of sale, and made the repairs on his own responsibility, the injunction was properly refused, as no cause of action was shown against the defendant.

Appeal from special term, New York county.

Action by Louis Stefanini against Abraham Levy. From an order denying a motion to continue an injunction pendente lite, plaintiff appeals. Affirmed.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, O'BRIEN, and INGRAHAM, JJ.

Martin Hechsler, for appellant.
S. Greenbaum, for respondent.

PER CURIAM. We think that upon the facts presented the injunction should have been continued had it appeared that Sroka was in fact the defendant's agent, as plaintiff stated that he was in his affidavit. But as the agency was entirely disproved, and it was shown that Sroka was in possession of the premises under a contract of sale, and did the acts complained of upon his own responsibility and under his own right, there is no cause of action shown, as against the defendant, Levy.

The order appealed from should be affirmed, with $10 costs and disbursements.